UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALICIA AYERS, and ANDREA AYERS,
                Defendant(s).
------------------------------------------------------------X

Defendant ANDREA AYERS hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing.

    ___    Initial Appearance Before a Judicial Officer

    _X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    ___    Bail/Detention Hearing

    ___    Conference Before a Judicial Officer

*/s/ Andrea Ayers*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*/s/*
Defendant's Counsel's Signature

ANDREA L AYERS
Print Defendant's Name

Royce Russell
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7-16-2021
Date
Judge

*/s/ Judith C. McCarthy*
U.S. District Judge/U.S. Magistrate